

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| HOECHST CELANESE CORPORATION, | § § § |
| Plaintiff-Counterdefendant, | § § § |
| VS. | § Civil Action No. 3:94-CV-1444-D § |
| BREWER SCIENCE, INC., | § § § |
| Defendant-Counterplaintiff. | § § |

### ORDER

In accordance with its October 2, 1996 order, the court sets the hearing on plaintiff's Fed. R. Civ. P. 54(d) application for attorney's fees and costs on Tuesday, February 28, 1997 at 9:00 a.m.

No later than February 10, 1997 each party shall file and exchange witness and exhibit lists (which shall be set forth in separate documents), deposition designations, and proposed findings of fact and conclusions of law. Trial briefs are optional, but if filed, shall be filed and exchanged no later than February 10, 1997.

**SO ORDERED.**

November ___4___, 1996.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

ENTERED ON DOCKET
NOV 5 1996 PURSUANT
TO F. R. C. P. RULES
58 AND 79a